**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  14-cr-00127-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL FELIPE TORREZ-PEREZ,
    a/k/a Daniel Torres,

    Defendant.

## ORDER

The matter is before the court *sua sponte.* On August 13, 2014, the defendant filed a letter [#16][1] written in Spanish.  For the court to properly address the defendant's concerns and requests, the letter should be translated into English.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the clerk of the court shall have the defendant's letter [#16] filed August 13, 2014, translated into English; and

2.  That the letter [#16] and the English translation shall be filed in CM/ECF.

Dated August 15, 2014, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.