**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00127-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANIEL FELIPE TORREZ-PEREZ,
    a/k/a Daniel Torres,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on October 2, 2014,

      **IT IS ORDERED** that Defendant Daniel Felipe Torrez-Perez is sentenced to **time served**.

      Dated: October 2, 2014

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE